# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161652(41)

TRUGREEN LIMITED PARTNERSHIP,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

_____/

SC: 161652
COA: 344142
Ct of Claims: 17-000141-MT

On order of the Chief Justice, the motion of the Michigan Manufacturers Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 9, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020         

                         Clerk